IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA          :

    PLAINTIFF,          :

    v.          :          COURT  NO. 91-3073

CHERYL LYNN MCCARUS          :
a/k/a CHERYL L. MCCARUS,

    DEFENDANT.          :

...oOo...

## CANCELLATION OF JUDGMENT

The Judgment in the above-entitled case has been cancelled.  The Clerk of the United States Court for the District of Maryland is hereby authorized and empowered to cancel said judgment of record.  Cheryl Lynn McCarus is hereby released from any lien created by the Notice of Lien recorded May 10, 1993, liber number 108 in the Circuit Court for Baltimore  County, Maryland.

Respectfully submitted,

Thomas M. DiBiagio
United States Attorney

By: _____
Thomas F. Corcoran
Assistant U.S. Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692
(410)209-4800
Trial Bar No. 24894

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _27th_ day of _May_ , 2004, a copy of the

Cancellation of Judgment was sent, first class mail, postage prepaid, to:

Cheryl Lynn McCarus
8415 Bellona Lane 608
Towson, Maryland 21201


Thomas F. Corcoran
Assistant United States Attorney