IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

    PLAINTIFF,

v.                          COURT NO. 91-3073

CHERYL LYNN MCCARUS
a/k/a CHERYL L. MCCARUS,

    DEFENDANT.

.oOo.

## CANCELLATION OF JUDGMENT

The Judgment in the above-entitled case has been cancelled. The Clerk of the United States Court for the District of Maryland is hereby authorized and empowered to cancel said judgment of record. Cheryl Lynn McCarus is hereby released from any lien created by the Notice of Lien recorded May 10, 1993, liber number 108 in the Circuit Court for Baltimore County, Maryland.

    Respectfully submitted,

    Thomas M. DiBiagio
    United States Attorney

By: _____
    Thomas F. Corcoran
    Assistant U.S. Attorney
    6625 United States Courthouse
    101 West Lombard Street
    Baltimore, Maryland 21201-2692
    (410)209-4800
    Trial Bar No. 24894

APPROVED THIS 1st DAY OF JUNE, 2004

_____
BENSON EVERETT LEGG, U.S.D.J.